IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before March 6, 2017, if settlements are not finalized and dismissal orders are not submitted on or before March 6, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

7742054 v2

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual cases listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 1565, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

7742054 v2

## EXHIBIT A – MUELLER LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 11-cv-00810 | MOYER, Brenda and Jason Moyer vs. Boston Scientific Corporation |
| 12-cv-00267 | GOODSON, Tami vs. Boston Scientific Corporation |
| 12-cv-00274 | NALLEY, Mary and Garland Nalley vs. Boston Scientific Corporation |
| 12-cv-00275 | MEADOWS, Patsy and Roy Meadows vs. Boston Scientific Corporation |
| 12-cv-00280 | HAMMONDS, Terre vs. Boston Scientific, Inc. |
| 12-cv-00324 | DANIELS, Lisa vs. Boston Scientific Corporation |
| 12-cv-00327 | WEBB, Leona and Bobby Webb vs. Boston Scientific Corporation |
| 12-cv-00345 | BEATTY, Donna and Noel Beatty vs. Boston Scientific Corporation |
| 12-cv-00356 | AVENT, Catherine A. vs. Boston Scientific Corporation |
| 12-cv-00359 | BARBER, Kimberly and Greg Barber v. Boston Scientific Corporation |
| 12-cv-00365 | KENNAMORE, Tammy L. vs. Boston Scientific Corporation |
| 12-cv-00382 | BUCHANAN, Anna and James Buchanan vs. Boston Scientific Corporation |
| 12-cv-00385 | CHRISTIAN, Barbara and John Christian vs. Boston Scientific Corporation |
| 12-cv-00449 | PINILLA, Angelica v. Boston Scientific Corporation |
| 12-cv-00452 | CARLSON, Loretta vs. Boston Scientific Corporation |
| 12-cv-00460 | WEST, Angela and Chad West vs. Boston Scientific Corporation |
| 12-cv-00465 | McMILLEN, Tina vs. Boston Scientific Corporation |
| 12-cv-00466 | LAPOINTE, Debra vs. Boston Scientific Corporation |
| 12-cv-00526 | PILLOW, Carolyn and Vernon Pillow vs. Boston Scientific Corporation |
| 12-cv-00630 | HOLDEN, Tamara and Donnie Holden vs. Boston Scientific Corporation |
| 12-cv-00631 | DOUGHTY, Connie and Walter Doughty v. Boston Scientific Corporation |
| 12-cv-00633 | SOARES, Tiffany vs. Boston Scientific Corporation |
| 12-cv-00635 | CLARK, Exielena vs. Boston Scientific Corporation |
| 12-cv-00637 | ELLISON, Susan vs. Boston Scientific Corporation |
| 12-cv-00642 | RAMIREZ, Mary vs. Boston Scientific Corporation |
| 12-cv-00645 | HEARON, Annett vs. Boston Scientific Corporation |
| 12-cv-00647 | NEWHARD, Darlene vs. Boston Scientific Corporation |
| 12-CV-00671 | GRAVES, Casey vs. Boston Scientific Corporation |

| | |
|---|---|
| 12-cv-00705 | FUCCI, Joan vs. Boston Scientific Corporation |
| 12-cv-00726 | COWART, Kimberly and Jeffrey Cowart vs. Boston Scientific Corporation |
| 12-cv-00728 | SELLERS, Adrienne vs. Boston Scientific Corporation |
| 12-cv-00729 | ETHERIDGE, Carol and James Etheridge vs. Boston Scientific Corporation |
| 12-cv-00816 | WHITE, Terry vs. Boston Scientific Corporation |
| 12-CV-00890 | BROWN, Tiffani vs. Boston Scientific Corporation |
| 12-cv-00916 | ENRIQUEZ, Krissandra and Henry Enriquez vs. Boston Scientific Corporation |
| 12-cv-00973 | BROSIUS, Paula vs. Boston Scientific Corporation |
| 12-cv-00974 | BROWN-TOWRY, Amy, and Tyler Towry vs. Boston Scientific Corporation |
| 12-cv-00975 | SIMPSON, Deborah and Edwin Simpson vs. Boston Scientific Corporation |
| 12-cv-00980 | TURPIN, Susan and Charles Turpin vs. Boston Scientific Corporation |
| 12-cv-01008 | ALVARADO, Araceli vs. Boston Scientific Corporation |
| 12-cv-01101 | OWENS, Eileen and Daron Owens vs. Boston Scientific Corporation |
| 12-cv-01103 | ALLEN, Karin and Robert Allen vs. Boston Scientific Corporation |
| 12-cv-01112 | LAY, Barbara vs. Boston Scientific Corporation |
| 12-cv-01131 | HUTCHESON, Lisa and Mackey Hutcheson vs. Boston Scientific Corporation |
| 12-cv01166 | ROBINSON, Annie and Sherman Robinson vs. Boston Scientific Corporation |
| 12-cv-01205 | BAYER, Terezinha and Carlos Bayer vs. Boston Scientific Corporation |
| 12-cv-01242 | BRYANT, Krissti and Demetrios Bryant vs. Boston Scientific Corporation |
| 12-cv-01269 | MEDINA, Giselle and Felipe Medina vs. Boston Scientific Corporation |
| 12-cv-01332 | HONEYCUTT, Cynthia and Michael vs. Boston Scientific Corporation |
| 12-cv-01376 | PITTMAN, Burnice vs. Boston Scientific Corporation |
| 12-cv-01554 | VAUGHN, Sharon and James Vaughn vs. Boston Scientific Corporation |
| 12-cv-01555 | WARTA, Rebecca and Tracey Warta vs. Boston Scientific Corporation |
| 12-cv-01561 | BOYCE, Debra and Darrell Boyce vs. Boston Scientific Corporation |
| 12-cv-01570 | NICHOLS, Sheila and Thomas Nichols vs. Boston Scientific Corporation |
| 12-cv-01655 | SMITH, Tammy and Jeffery Smith vs. Boston Scientific Corporation |

| | |
|---|---|
| 12-cv-01734 | PAYLOR, Monica and Edward Benjamin vs. Boston Scientific Corporation |
| 12-cv-01741 | THORNHILL, Virginia vs. Boston Scientific Corporation |
| 12-cv-01960 | CHAPMAN, Rita and James Chapman vs. Boston Scientific Corporation |
| 12-cv-01971 | WITT, Kim and Curtis Witt vs. Boston Scientific |
| 12-cv-02256 | GAYNETT, Kimberly and Robert Gaynett vs. Boston Scientific Corporation |
| 12-cv-02376 | SMITH, Patricia Ann and Curtis Smith vs. Boston Scientific Corporation |
| 12-cv-02379 | MYERS, Virginia vs. Boston Scientific Corporation |
| 12-cv-02438 | CAIN, Patricia and Troy Cain vs. Boston Scientific Corporation |
| 12-cv-02715 | SANCHEZ, Debra and Raymond Sanchez vs. Boston Scientific Corporation |
| 12-cv-03023 | FITZGERALD, Pamela and Richard Dale vs. Boston Scientific Corporation |
| 12-cv-03220 | WAY, Amanda vs. Boston Scientific Corporation |
| 12-cv-03222 | BOMPREZZI, Candi and John Bomprezzi vs. Boston Scientific Corporation |
| 12-cv-03352 | HINSHAW, Jeanette and Joshua Hinshaw vs. Boston Scientific Corporation |
| 12-cv-03413 | VOYLES, Sheryl and Tim Voyles vs. Boston Scientific Corporation |
| 12-cv-03414 | DAVIS, Debra and John Davis vs. Boston Scientific Corporation |
| 12-cv-03426 | JOHNSON, Mary vs. Boston Scientific Corporation |
| 12-cv-03486 | SIMPSON, Jennifer and Jason Simpson vs. Boston Scientific Corporation |
| 12-cv-03490 | CABELLO, Debbie and Joel Cabello vs. Boston Scientific Corporation |
| 12-cv-03790 | CARTER, Angela and Ernest Carter vs. Boston Scientific Corporation |
| 12-cv-03921 | MEADE, Catherine and James Meade vs. Boston Scientific Corporation |
| 12-cv-03924 | BUTTON, Elizabeth and Arnold Button vs. Boston Scientific Corporation |
| 12-cv-03925 | OSWALD, Jean vs. Boston Scientific Corporation |
| 12-cv-03927 | CROSBY, Margaret vs. Boston Scientific Corporation |
| 12-cv-03928 | DAHL, Rhondi and Daniel Dahl vs. Boston Scientific Corporation |
| 12-cv-03930 | ALDRIDGE, Sonya and Joseph Aldridge vs. Boston Scientific Corporation |
| 12-cv-03966 | SWEAT, Arrieann and John Sweat vs. Boston Scientific Corporation |
| 12-cv-04030 | KIRBY, Jennifer and Michael Kirby vs. Boston Scientific |

|             |                                                                         |
|-------------|-------------------------------------------------------------------------|
|             | Corporation                                                             |
| 12-cv-04032 | HARDY, Lisa and Rick Hardy vs. Boston Scientific Corporation            |
| 12-cv-04034 | SMITH, Gloria vs. Boston Scientific Corporation                         |
| 12-cv-04053 | SNIVELY, Nancy vs. Boston Scientific Corporation                        |
| 12-cv-04145 | HOWARD, Linda and Jeffrey Howard vs. Boston Scientific,                 |
| 12-cv-04210 | LACRIMOSA, Sherrie and Marc Lacrimosa vs. Boston Scientific Corporation |
| 12-cv-04321 | CAMPBELL, Michele and Gary Campbell vs. Boston Scientific Corporation   |
| 12-cv-04322 | CZERWINSKI, Florence vs. Boston Scientific Corporation                  |
| 12-cv-04323 | ELLINWOOD, Michelle and Kevin Ellinwood vs. Boston Scientific Corporation |
| 12-cv-04397 | TEIGEN, Michelle vs. Boston Scientific Corporation                      |
| 12-cv-04559 | EDWARDS, Denise and James Edwards vs. Boston Scientific Corporation     |
| 12-cv-04563 | VOLZ, Angela and Douglas Volz vs. Boston Scientific Corporation         |
| 12-cv-04864 | SHERMAN, Balisa and J. Scott Sherman vs. Boston Scientific Corporation  |
| 12-cv-04961 | BELL, Tracey and Eric Bell vs. Boston Scientific Corporation            |
| 12-cv-05215 | HEUGEL, Linda and Everett Ray Heugel vs. Boston Scientific Corporation  |
| 12-cv-05221 | PAREKH, Saroj and Vijay Parekh vs. Boston Scientific Corporation        |
| 12-cv-05277 | ANDERSON, Sheila and Thomas Anderson vs. Boston Scientific Corporation  |
| 12-cv-05391 | CRUMMEY, Carletta and James Crummey vs. Boston Scientific Corporation   |
| 12-cv-05434 | CONE, Christine vs. Boston Scientific Corporation                       |
| 12-cv-05437 | BJORGE, Jeanette vs. Boston Scientific Corporation                      |
| 12-cv-05440 | HEROUX, Renee and Leo Heroux vs. Boston Scientific Corporation          |
| 12-cv-05446 | CHRISTY, Karen and Paul Christy vs. Boston Scientific Corporation       |
| 12-cv-05503 | LAMPART, Joann and Michael Lampart vs. Boston Scientific Corporation    |
| 12-cv-05697 | PEARDON, Cynthia vs. Boston Scientific Corporation                      |
| 12-cv-05780 | GREENE, Carol and Wilmot MacRae Greene vs. Boston Scientific Corporation |
| 12-cv-05791 | PIERLEONI, Lynn vs. Boston Scientific Corporation                       |
| 12-cv-05817 | SILLS, Tamatha and James Sills vs. Boston Scientific Corporation        |
| 12-cv-06065 | MCLAIN, Sharon and Jack McLain vs. Boston Scientific Corporation        |
| 12-cv-06066 | MUNOZ, Lynda and Richard Munoz vs. Boston Scientific                    |

7742054 v2

|               |                                                                      |
|---------------|----------------------------------------------------------------------|
|               | Corporation                                                          |
| 12-cv-06197   | FISHER, Loretta and James Fisher vs. Boston Scientific Corporation   |
| 12-cv-06431   | STEPHENS, Sharon vs. Boston Scientific Corporation                   |
| 12-cv-06525   | HALL, Loretta vs. Boston Scientific Corporation                      |
| 12-cv-06680   | CORDOVA, Betty and Carlos Cordova vs. Boston Scientific Corporation  |
| 12-cv-06759   | STIDHAM, Anne and Mike Stidham vs. Boston Scientific Corporation     |
| 12-cv-06761   | MARAGH, Christina and Joseph Maragh vs. Boston Scientific Corporation |
| 12-cv-06813   | BARRETT, Margie vs. Boston Scientific Corporation                    |
| 12-cv-06859   | BLACK, Mary vs. Boston Scientific Corporation                        |
| 12-cv-06862   | BROWN, Debra vs. Boston Scientific Corporation                       |
| 12-cv-07097   | KAROLY, Nancy and Josh Karoly vs. Boston Scientific Corporation      |
| 12-cv-07249   | NIX, Wendy and Guy Nix vs. Boston Scientific Corporation             |
| 12-cv-07256   | TENNANT, Melissa and Donald Tennant vs. Boston Scientific Corporation |
| 12-cv-07267   | SCHULTZ, Linda and Kenneth Duchrow vs. Boston Scientific Corporation |
| 12-cv-07278   | PFLAEGING, Joanne vs. Boston Scientific Corporation                  |
| 12-cv-07469   | ORTH, Jayne vs. Boston Scientific Corporation                        |
| 12-cv-07473   | BARR, Sabrina and Mark Barr vs. Boston Scientific Corporation        |
| 12-cv-07508   | AUSTIN, Kathy and Billy Austin vs. Boston Scientific Corporation     |
| 12-cv-07512   | STEWART, Diana and John Stewart vs. Boston Scientific Corporation    |
| 12-cv-07574   | RAINEY, Cindy and Terry Rainey vs. Boston Scientific Corporation     |
| 12-cv-08041   | WHITLEY, Heather and Bruce Whitley vs. Boston Scientific Corporation |
| 12-cv-08072   | CUMMINS, Samantha v. Boston Scientific Corporation                   |
| 12-cv-08230   | ANGEL, Deloris and Marlon Angel vs. Boston Scientific Corporation    |
| 12-cv-08231   | HALL, Hazel vs. Boston Scientific Corporation                        |
| 12-cv-08386   | MOORE, Kimberly and Daniel Moore vs. Boston Scientific Corporation   |
| 12-cv-08398   | KENNEDY, Elizabeth vs. Boston Scientific Corporation                 |
| 12-cv-08399   | SCHAD, Karen and Raymond Schad vs. Boston Scientific Corporation     |
| 12-cv-08412   | STROUP, Tonya and Dan Stroup vs. Boston Scientific Corporation       |
| 12-cv-08422   | EVANS, Wonga and Eddie Evans vs. Boston Scientific Corporation       |

| | |
|---|---|
| 12-cv-08455 | HUBA, Jean and Daniel C. Huba vs. Boston Scientific Corporation |
| 12-cv-08471 | HOBBS, Donna and Ricky Hobbs vs. Boston Scientific Corporation |
| 12-cv-08698 | SPERL, Mary and Cary Sperl vs. Boston Scientific Corporation |
| 12-cv-08742 | VOYLES, Angela and Michael Voyles vs. Boston Scientific Corporation |
| 12-cv-08842 | BROIDA, Sandra and Joel Broida vs. Boston Scientific Corporation |
| 12-cv-08853 | LANE, Barbara vs. Boston Scientific Corporation |
| 12-cv-08916 | VAN STIPPEN, Mary and Joe Van Stippen vs. Boston Scientific Corporation |
| 12-cv-08936 | BARR, Laurie and Timothy Barr vs. Boston Scientific Corporation |
| 12-cv-08938 | BARTA, Lisa vs. Boston Scientific Corporation |
| 12-cv-08981 | KELLEHER, Rebekah and Keith Kelleher vs. Boston Scientific Corporation |
| 12-cv-09007 | DALTON, Janet and Allen Dalton v. Boston Scientific Corporation |
| 12-cv-09327 | KOHLMAN, Cristina and Patrick kohlman vs. Boston Scieintific Corporation |
| 12-cv-09398 | MIENE, Karen and Wayne Miene vs. Boston Scientific Corporation |
| 12-cv-09630 | JONES, Zada and Herman W. Jones vs. Boston Scientific Corporation |
| 12-cv-09631 | McKEE, Margaret vs. Boston Scientific Corporation |
| 12-cv-09634 | BARRETT, Christine and Carl Lee Barrett, II vs. Boston Scientific Corporation |
| 12-cv-09658 | TRAINA, Josephine vs. Boston Scientific Corporation |
| 12-cv-09778 | ARMSTRONG, Sandra and Curtis Armstrong vs. Boston Scientific Corporation |
| 12-cv-09781 | CALIFF, Lisa and Bernard Califf vs. Boston Scientific Corporation |
| 12-cv-09796 | SMITH, Bonnie and Benjamin Smith vs. Boston Scientific Corporation |
| 12-cv-09849 | CLARK, Mary Jo and Randy Lee Clark v. Boston Scientific Corporation |
| 12-cv-09905 | HARRIS, Elisha vs. Boston Scientific Corporation |
| 12-cv-09924 | WEAVER, Elaine vs. Boston Scientific Corporation |
| 12-cv-09937 | CONLEY, Ina Jean vs. Boston Scientific Corporation |
| 12-cv-09973 | HARRELL, Jessica and James Harrell vs. Boston Scientific Corporation |
| 13-cv-00169 | MOORE, Jamie vs. Boston Scientific Corporation |
| 13-cv-00186 | STEFFES, Susan vs. Boston Scientific Corporation |
| 13-cv-00261 | BARHAM, Phillis vs. Boston Scientific Corporation |

7742054 v2

| | |
|---|---|
| 13-cv-00344 | DENSMORE, Connie vs. Boston Scientific Corporation |
| 13-cv-00442 | NEWMAN, Constance and Vern Newman v. Boston Scientific Corporation |
| 13-cv-00456 | JONES, Pamela vs. Boston Scientific Corporation, |
| 13-cv-00459 | WEBB, Tonie vs. Boston Scientific Corporation |
| 13-cv-00664 | MORGAN, Sherrie vs. Boston Scientific Corporation |
| 13-cv-00796 | MARTINEZ, Rocio and Jesus Rodriguez vs. Boston Scientific Corporation |
| 13-cv-00831 | SHUFORD, Deborah and Everett Shuford vs. Boston Scientific Corporation |
| 13-cv-01027 | HAYNES, Rita vs. Boston Scientific Corporation |
| 13-cv-01041 | KUBERSKI, Kristina and John Kuberski vs. Boston Scientific Corporation |
| 13-cv-01073 | TOMES, Cynthia and Randall Tomes v. Boston Scientific Corporation |
| 13-cv-01353 | LEYVA, Lisa and Jesus Leyva vs. Boston Scientific Corporation |
| 13-cv-01403 | KLEIN, Toni and Kenneth Klein vs. Boston Scientific Corporation |
| 13-cv-01813 | MORRIS, Amy and Jamie Morris vs. Boston Scientific Corporation |
| 13-cv-01850 | HENRIKSON, Marilyn and Baltazar Ruiz vs. Boston Scientific Corporation |
| 13-cv-01853 | BARRY, Rene and Bryan Barry vs. Boston Scientific Corporation |
| 13-cv-01878 | KIZER, Sandra vs. Boston Scientific Corporation |
| 13-cv-01881 | MCCORMICK, Alice and John Anthony McCormick vs. Boston Scientific Corporation |
| 13-cv-01882 | WATERS, Brenda and Scott Waters vs. Boston Scientific Corporation |
| 13-cv-02093 | BOGADI, Ashley and Thomas Bogadi vs. Boston Scientific Corporation |
| 13-cv-02297 | DURIEUX, Linda vs. Boston Scientific Corporation |
| 13-cv-02634 | HUNT, Michelle and Richard Hunt vs. Boston Scientific Corporation |
| 13-cv-02721 | HAYES, Angela Gail and Dan Hayes, Jr. vs. Boston Scientific Corporation |
| 13-cv-02826 | CHERRY, Christie and Bruce Cherry vs. Boston Scientific Corporation |

7742054 v2